Theodore E. Tsekerides (*pro hac vice* application to be filed)
   theodore.tsekerides@weil.com
Randi W. Singer (*pro hac vice* application to be filed)
   randi.singer@weil.com
David Yolkut (*pro hac vice* application to be filed)
   david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Scott A. Edelman, State Bar No. 116927
   SEdelman@gibsondunn.com
Nathaniel L. Bach, State Bar No. 246518
   NBach@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant and Counterclaim Plaintiff
DISCOVERY COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMNO CABLE GROUP, INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 2:16-cv-4543-JAK-SK<br><br>**DEFENDANT/COUNTERCLAIM PLAINTIFF DISCOVERY COMMUNICATIONS, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Declaration of Scott A. Edelman and Exhibits A and B thereto; and [Proposed] Order filed concurrently herewith]<br><br>Action filed:    June 22, 2016<br>Answer filed:   August 1, 2016<br>Counterclaims filed:  August 1, 2016<br>Trial date:    Not yet set. |

APPLICATION FOR LEAVE TO FILE UNDER SEAL

|     |     |
| --- | --- |
| 1   | DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company, |
| 2   |     |
| 3   |     Counterclaim Plaintiff, |
| 4   |     |
| 5   | v.  |
| 6   | LMNO CABLE GROUP, INC., a California corporation, LMNO ENTERTAINMENT GROUP, LLC, a California limited liability company, |
| 7   |     |
| 8   |     Counterclaim Defendants. |
| 9   |     |

Defendant and Counterclaim Plaintiff Discovery Communications, LLC ("Discovery") respectfully seeks leave, pursuant to Local Rule 79-5.2.2, to file under seal an unredacted version of Discovery's Counterclaims ("Counterclaims").

Pursuant to the applicable Local Rules, the unredacted and partially redacted versions of the Counterclaims are attached as Exhibits A and B to the Declaration of Scott A. Edelman ("Edelman Declaration") filed in support of this Application.

As detailed more fully in the Edelman Declaration, the specific budgetary contribution amounts stated in Discovery's various contracts with Counterclaim Defendants LMNO Cable Group, Inc. ("LMNO") and LMNO Entertainment Group, LLC ("LEG") (together the "LMNO Defendants"), as well as the specific total budget amounts for the contracts at issue, constitute competitively and highly sensitive and confidential information, the public disclosure of which would be detrimental to Discovery's business. Disclosure of these figures would cause significant harm to Discovery's negotiations with other producers and buyers of television content, which currently do not have access to such specific budgetary figures and would if the Counterclaims were required to be filed unredacted. These reasons outweigh the public's right to access such highly confidential, otherwise non-public information, which makes up a very limited portion of the Counterclaims.

Pursuant to the Court's Order re Under Seal Documents (ECF 10), section I.3., if the Court were to deny Discovery's request, its counsel will request that the Courtroom Deputy Clerk destroy the chambers' copy of the unredacted Counterclaims.

Dated: August 1, 2016

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Scott A. Edelman

Scott A. Edelman, State Bar No. 116927
Nathaniel L. Bach, State Bar No. 246518
2029 Century Park East, Suite 4000
Los Angeles, California 90067
(310) 552-8500
sedelman@gibsondunn.com

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides
Randi W. Singer
David Yolkut
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
theodore.tsekerides@weil.com

*Attorneys for Defendant and Counterclaim Plaintiff*