Theodore E. Tsekerides (*pro hac vice* application to be filed)
theodore.tsekerides@weil.com
Randi W. Singer (*pro hac vice* application to be filed)
randi.singer@weil.com
David Yolkut (*pro hac vice* application to be filed)
david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Scott A. Edelman, State Bar No. 116927
SEdelman@gibsondunn.com
Nathaniel L. Bach, State Bar No. 246518
NBach@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant/Counterclaim Plaintiff
DISCOVERY COMMUNICATIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMNO CABLE GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:16-cv-4543-JAK-SK<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Action filed:  June 22, 2016<br>Answer filed:  August 1, 2016<br>Counterclaims filed:  August 1, 2016<br>Trial date:  Not yet set. |

[PROPOSED] ORDER

|   |   |
|---|---|
| 1 | DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company, |
| 2 |  |
| 3 | Counterclaim Plaintiff, |
| 4 |  |
| 5 | v. |
| 6 | LMNO CABLE GROUP, INC., a California corporation, LMNO ENTERTAINMENT GROUP, LLC, a California limited liability company, |
| 7 |  |
| 8 | Counterclaim Defendants. |
| 9 |  |
| 10 |  |

Whereas, the Court has considered the application of Defendant and Counterclaim Plaintiff Discovery Communications, LLC ("Discovery") for leave to file under seal certain portions of Discovery's Counterclaims, and the supporting Declaration of Scott A. Edelman (the "Edelman Declaration") filed concurrently therewith, and finds good cause to have been shown;

The following portions of Discovery's Counterclaims shall remain under seal:

| Page(s) | Line(s) |
|---|---|
| 13 (¶ 40) | 13 |
| 13 (¶ 40) | 16 |
| 13 (¶ 41) | 24 |
| 14 (¶ 41) | 1 |
| 16 (¶ 51) | 5 |
| 16 (¶ 51) | 8 |
| 18 (¶ 61) | 8 |
| 18 (¶ 61) | 9 |
| 18 (¶ 61) | 10 |

2
[PROPOSED] ORDER

| | |
|---|---|
| 18 (¶ 61) | 11 |
| 18 (¶ 62) | 14 |
| 18 (¶ 62) | 15 |
| 19 (¶ 68) | 20 |
| 19 (¶ 68) | 23 |
| 21 (¶ 77) | 10-11 |
| 21 (¶ 77) | 12 |
| 21 (¶ 77) | 13 |
| 21 (¶ 77) | 14 |
| 21 (¶ 78) | 17 |
| 45 (¶ 217) | 10 |
| 45 (¶ 218) | 13 |
| 45 (¶ 219) | 17 |
| 45 (¶ 220) | 21 |
| 45 (¶ 221) | 25 |
| 46 (¶ 222) | 4 |
| 46 (¶ 223) | 8 |
| 46 (¶ 224) | 12 |
| 46 (¶ 225) | 16 |
| 46 (¶ 226) | 20 |
| 46 (¶ 227) | 24 |
| 47 (¶ 228) | 2 |
| 47 (¶ 229) | 5 |
| 47 (¶ 230) | 9 |
| 47 (¶ 231) | 13 |
| 47 (¶ 232) | 17 |
| 47 (¶ 233) | 21 |

| | |
|---|---|
| 47 (¶ 234) | 25 |
| 48 (¶ 235) | 4 |
| 48 (¶ 236) | 8 |
| 48 (¶ 237) | 12 |
| 48 (¶ 238) | 16 |
| 48 (¶ 239) | 19 |
| 48 (¶ 240) | 22 |
| 48 (¶ 241) | 25 |
| 49 (¶ 242) | 2 |
| 49 (¶ 243) | 6 |
| 49 (¶ 244) | 10 |
| 49 (¶ 245) | 14 |
| 49 (¶ 246) | 18 |
| 49 (¶ 247) | 22 |
| 49 (¶ 248) | 26 |
| 50 (¶ 249) | 4 |
| 50 (¶ 250) | 9 |
| 50 (¶ 251) | 13 |
| 50 (¶ 252) | 17 |
| 50 (¶ 253) | 21 |
| 50 (¶ 254) | 25 |
| 51 (¶ 255) | 4 |
| 51 (¶ 256) | 7 |
| 51 (¶ 257) | 11 |
| 51 (¶ 258) | 15 |
| 51 (¶ 259) | 19 |

All other portions of Discovery's Counterclaims shall be publicly available.

IT IS SO ORDERED.

Date: _____                    _____
                                         Hon. John A. Kronstadt
                                         U.S. District Judge