STEPHEN R. MICK (SBN 131569)
smick@btlaw.com
KEVIN D. RISING (SBN 211663)
krising@btlaw.com
DAVID W. NELSON (SBN 240040)
dnelson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   310.284.3880
Facsimile:   310.284.3894

Attorneys for Plaintiff and Counter-Defendants
LMNO CABLE GROUP, INC. and
LMNO ENTERTAINMENT GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMNO CABLE GROUP, INC., a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>            Counterclaimant,<br><br>      v.<br><br>LMNO CABLE GROUP, INC., a California corporation, and LMNO ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>            Counter-Defendants. | Case No. 2:16-cv-4543-JAK-SK<br><br>[The Honorable John A. Kronstadt]<br><br>**SUPPLEMENTAL DECLARATION OF DAVID W. NELSON IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANTS LMNO CABLE GROUP, INC. AND LMNO ENTERTAINMENT GROUP, LLC'S *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |

## SUPPLEMENTAL DECLARATION OF DAVID W. NELSON

I, David W. Nelson, declare:

1. I am an attorney duly admitted to practice law before all courts of the State of California and before the Court for the United States District Court for the Central District of California. I am a partner with the law firm of Barnes & Thornburg LLP, counsel of record for plaintiff and counter-defendants LMNO Cable Group, Inc. and LMNO Entertainment Group, LLC. I have personal knowledge of the facts set forth below, and if called and sworn as a witness, I could and would testify competently thereto. I submit this declaration in support of Plaintiff and Counter-Defendants LMNO Cable Group, Inc. and LMNO Entertainment Group, LLC's *Ex Parte* Application to Continue Trial Date and Pre-Trial Deadlines.

2. Attached hereto as Exhibit L is a true and correct copy of certaon portions of the transcript of Jhamal Robinson's May 10, 2017 deposition.

3. Attached hereto as Exhibit M is a true and correct copy of certain portions of the transcript of Marc Graboff's May 9, 2017 deposition.

4. Attached hereto as Exhibit N is a true and correct copy of a document produced by Discovery in this litigation and bates labeled DISC000065183.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of May, 2017, at Los Angeles, California.

                                                  /s/ David W. Nelson
                                                    David W. Nelson

# EXHIBIT L

# FILED UNDER SEAL PURSUANT TO COURT ORDER

# EXHIBIT M

# FILED UNDER SEAL PURSUANT TO COURT ORDER

# EXHIBIT N

**FILED UNDER SEAL PURSUANT TO COURT ORDER**