STEPHEN R. MICK (SBN 131569)
smick@btlaw.com
KEVIN D. RISING (SBN 211663)
krising@btlaw.com
DAVID W. NELSON (SBN 240040)
dnelson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:    310.284.3880
Facsimile:    310.284.3894

Attorneys for Plaintiff and Counter-Defendants
LMNO CABLE GROUP, INC. and
LMNO ENTERTAINMENT GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMNO CABLE GROUP, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 2:16-cv-4543-JAK-SK<br><br>[The Honorable John A. Kronstadt]<br><br>**EXHIBITS A, B, D, E, F, AND G TO DECLARATION OF DAVID W. NELSON IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>  Counterclaimant,<br><br>v.<br><br>LMNO CABLE GROUP, INC., a California corporation, and LMNO ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>  Counter-Defendants. | **REDACTED FOR PUBLIC FILING** |