# EXHIBIT D

# REDACTED FOR PUBLIC FILING