# EXHIBIT G

Highly Confidential

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   LMNO CABLE GROUP, INC. a        )
     California corporation,         )
 5                                   )
     Plaintiff,                      )
 6                                   )   CASE NO.
          vs.                        )   2:16-cv-4543 JAK-SK
 7                                   )
     DISCOVERY COMMUNICATIONS,       )
 8   LLC, a Delaware limited         )
     liability corporation,          )
 9                                   )
     Defendant.                      )
10                                   )
     DISCOVERY COMMUNICATIONS,       )
11   LLC, a Delaware limited         )
     liability corporation,          )
12                                   )
     Counterclaim-Plaintiff,         )
13                                   )
              vs.                    )
14   LMNO CABLE GROUP, INC., a       )
     California corporation; LMNO    )
15   ENTERTAINMENT GROUP, LLC, a     )
     California limited liability    )
16   company,                        )
                                     )
17   Counterclaim-Defendants.        )
                                     )
18   _____)
19              HIGHLY CONFIDENTIAL
20      VIDEOTAPED DEPOSITION OF JHAMAL ROBINSON
21              Los Angeles, California
22              Wednesday, May 10, 2017
23
24   Job No. 123963
25   Reported by:  NIKKI ROY, CSR No. 3052
```

Highly Confidential

Page 28

1  minutes.
2      Q.   And what was the content of your
3  three-minute call with Ms. Dreher?
4      A.   It was to discuss the current status of the
5  Coroner and Unusual Suspects.
6      Q.   And I presume you have an update written out
7  for the Coroner and Unusual Suspects expects as well?
8      A.   I do.
9      Q.   Could you provide me with what the current
10 status of those episodes is?

Highly Confidential

