# Exhibit 15 to the Declaration of Theodore E. Tsekerides





EXHIBIT 12
5-9-17

June 17, 2016

**Via Email and Federal Express**

Mr. Eric Schotz
Chief Executive Officer
LMNO Cable Group, Inc.
15821 Ventura Blvd., Suite 320
Encino, CA 91436

Re: *7 Little Johnstons* (Notice of Termination of Attachment, Effective July 2, 2016)

Dear Mr. Schotz,

On behalf of Discovery Communications, LLC ("Discovery" or "Company"), I write further to Discovery's Notice of Preservation and Default dated February 10, 2016 (the "Notice") relating to the program "*7 Little Johnstons*." All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Notice.

As you know, Discovery's Notice demanded that LMNO cure the following identified defaults in LMNO's performance of its material obligations within 10 days of receipt: (i) failure to deposit the Budget Contribution into a segregated bank account set up exclusively for the production of *7 Little Johnstons*; (ii) commingling the Budget Contribution with other funds which are not directly connected with the production of *7 Little Johnstons*, as set forth in Section 5.2 of Exhibit A to the Master; and (iii) failure to "keep complete books of account showing in detail all expenses and charges incurred in the production of the Program," as required by Section 5.3 of Exhibit A to the Master.

Following the delivery of the Notice, Discovery provided LMNO with an extension of the cure period, ultimately allowing LMNO until April 18, 2016 to cure the identified defaults. LMNO, however, has not only failed to cure the above defaults, but it has also admitted that it failed to properly keep its books of account, in plain violation of its material obligations.

Each of LMNO's uncured breaches constitutes an "Event of Default" under Section 12.1(i) of Exhibit A to the Master. Accordingly, this letter constitutes written notice of the termination of the Attachment pursuant to Section 12.1(i) of Exhibit A to the Master, effective July 2, 2016. This notice of termination does not exclude, limit, or preempt any other remedies available to Discovery.

As set forth in Section 12.3 of Exhibit A to the Master, Discovery hereby demands that LMNO "promptly deliver to [Discovery] all Program Materials of any kind produced as of the date of termination" (*i.e.*, as of July 2, 2016), "as well as all agreements relating thereto, and [Discovery] will have all rights under the Agreement in such Program Materials regardless of the stage of completion." All Program Materials relating to *7 Little Johnstons* shall be delivered to

Page 1 of 2

CONFIDENTIAL                                           DISC000043944

Discovery within two business days of July 2, 2016. Jhamal Robinson (Jhamal_Robinson@discovery.com) will be your point of contact for delivery of the materials, which should be delivered using the normal delivery process.

Discovery reserves all of its rights, remedies, positions and defenses under the Agreement and applicable law, including but not limited to as relates to Section VIII(K) of the Attachment.

Sincerely,

*Savalle Sims* (signature)

Savalle Sims
Executive Vice President, Deputy General Counsel

cc:   Robert Lange, Esq.
      Stephen R. Mick, Esq.