# EXHIBIT C

```
09/03/2013                              THE LITTLE COUPLE 3                                              Page 1
11:23 am                   — Estimated Final Cost Report - PSL Standard —                              [efcrpt]

(Type S-S)             By Date Range for Budget Code: BUDGET (THE LITTLE COUPLE SEASON 3)
                                   Treating Open Items as Committed Costs
            Starting Account: 10001   First active expense         Date Range: 04/01/12 to 03/31/13
              Ending Account: 40305   Last active expense          (Excluding inactive accounts)
                  Production: TLC20   THE LITTLE COUPLE 3          (Budgeted amounts are activity)
                     Company: All                                  Series:   All
                   Insurance: All                                  Location: All
                         FF1: All                                  Set:      All
                         FF2: All
                         FF3: All
                         FF4: All
11111
```

| Acct Account | Previous Cost | Actual Cost | | Total Cost | Cost To | Estimated | | |
| Num Description | To Date | This Period | Committed | To Date | Complete | Final Cost | Budgeted | Variance |
|---|---|---|---|---|---|---|---|---|
| **ABOVE THE LINE** | | | | | | | | |
| WRITER (10000) | | | | | | | | |
| 10001 WRITER | 72,940 | 0 | 0 | 72,940 | 0 | 72,940 | 79,800 | (6,860) |
| TOTAL 10000 WRITER | 72,940 | 0 | 0 | 72,940 | 0 | 72,940 | 79,800 | (6,860) |
| PRODUCER (10100) | | | | | | | | |
| 10101 EXECUTIVE PRODUCER | 150,000 | 0 | 0 | 150,000 | 0 | 150,000 | 150,000 | 0 |
| 10103 EXECUTIVE PRODUCER-RR | 119,000 | 0 | 0 | 119,000 | 0 | 119,000 | 122,500 | (3,500) |
| 10105 LINE PRODUCER-CP | 0 | 0 | 0 | 0 | 0 | 0 | 23,265 | (23,265) |
| 10106 CO E.P.-BH | 108,000 | 0 | 0 | 108,000 | 0 | 108,000 | 105,000 | 3,000 |
| 10120 SEGMENT PRODUCER-JW | 36,120 | 0 | 0 | 36,120 | 0 | 36,120 | 37,500 | (1,380) |
| 10121 SEGMENT PRODUCER-CC | 24,090 | 0 | 0 | 24,090 | 0 | 24,090 | 41,250 | (17,160) |
| TOTAL 10100 PRODUCER | 437,210 | 0 | 0 | 437,210 | 0 | 437,210 | 479,515 | (42,305) |
| DIRECTOR (10200) | | | | | | | | |
| 10203 FIELD PRODUCER-LB | 53,405 | 0 | 0 | 53,405 | 0 | 53,405 | 55,000 | (1,595) |
| TOTAL 10200 DIRECTOR | 53,405 | 0 | 0 | 53,405 | 0 | 53,405 | 55,000 | (1,595) |
| HOST (10301) | | | | | | | | |
| 10302 TALENT | 149,000 | 0 | 0 | 149,000 | 0 | 149,000 | 147,000 | 2,000 |
| TOTAL 10301 HOST | 149,000 | 0 | 0 | 149,000 | 0 | 149,000 | 147,000 | 2,000 |
| FRINGES (19900) | | | | | | | | |
| 19902 PAYROLL TAXES | 34,263 | 0 | 0 | 34,263 | 0 | 34,263 | 68,027 | (33,764) |
| 19903 HANDLING FEES | 1,495 | 0 | 0 | 1,495 | 0 | 1,495 | 1,619 | (124) |
| TOTAL 19900 FRINGES | 35,758 | 0 | 0 | 35,758 | 0 | 35,758 | 69,646 | (33,888) |
| **TOTAL ABOVE THE LINE** | **748,313** | **0** | **0** | **748,313** | **0** | **748,313** | **830,961** | **(82,648)** |
| **BELOW THE LINE** | | | | | | | | |
| PRODUCTION STAFF (20000) | | | | | | | | |
| 20008 SCRIPT SUPERVISOR | 10,600 | 0 | 0 | 10,600 | 0 | 10,600 | 12,000 | (1,400) |
| 20011 REMOTE PROD MANAGER | 9,600 | 0 | 0 | 9,600 | 0 | 9,600 | 15,000 | (5,400) |
| 20013 PRODUCTION COORD. | 10,000 | 0 | 0 | 10,000 | 0 | 10,000 | 32,938 | (22,938) |
| 20016 PRODUCTION ASSISTANTS/RUNNER | 9,608 | 0 | 0 | 9,608 | 0 | 9,608 | 15,000 | (5,392) |
| 20028 AP-JR | 31,224 | 0 | 0 | 31,224 | 0 | 31,224 | 38,400 | (7,176) |
| 20033 RESEARCH MATERIALS PURCHASE | 218 | 0 | 0 | 218 | 0 | 218 | 500 | (282) |
| 20034 CLEARANCE SUPERVISOR | 13,810 | 0 | 0 | 13,810 | 0 | 13,810 | 17,000 | (3,190) |
| TOTAL 20000 PRODUCTION STAFF | 85,060 | 0 | 0 | 85,060 | 0 | 85,060 | 130,838 | (45,778) |
| WARDROBE (21000) | | | | | | | | |
| 21020 WARDROBE PURCHASES | 483 | 0 | 0 | 483 | 0 | 483 | 1,000 | (517) |
| TOTAL 21000 WARDROBE | 483 | 0 | 0 | 483 | 0 | 483 | 1,000 | (517) |
| TRANSPORTATION (21200) | | | | | | | | |
| 21214 AIRPORT SERVICES | 1,577 | 0 | 0 | 1,577 | (135) | 1,442 | 1,000 | 442 |
| 21221 TRANSPORTATION RENTALS | 5,446 | 0 | 0 | 5,446 | 0 | 5,446 | 7,200 | (1,754) |
| 21224 FUEL | 507 | 0 | 0 | 507 | 0 | 507 | 1,000 | (493) |
| 21227 MILEAGE | 3,803 | 0 | 0 | 3,803 | 0 | 3,803 | 6,000 | (2,197) |
| TOTAL 21200 TRANSPORTATION | 11,334 | 0 | 0 | 11,334 | (135) | 11,199 | 15,200 | (4,001) |
| LOCATION TRAVEL (21300) | | | | | | | | |
| 21330 AIRFARE-TALENT | 2,987 | 0 | (3) | 2,984 | 0 | 2,984 | 6,500 | (3,516) |
| 21331 AIRFARE-PRODUCERS/DIRECTOR | 12,208 | 0 | 794 | 13,002 | 0 | 13,002 | 17,500 | (4,498) |
| 21333 HOTEL- TALENT | 1,374 | 0 | 0 | 1,374 | 6 | 1,380 | 3,000 | (1,620) |
| 21334 HOTEL -PRODUCERS/DIRECTOR | 28,939 | 0 | (114) | 28,825 | 241 | 29,067 | 20,800 | 8,267 |
| 21336 PER DIEM -TALENT | 1,491 | 0 | 0 | 1,491 | 0 | 1,491 | 1,000 | 491 |

HIGHLY CONFIDENTIAL                                                                          ACF00000022

| 09/03/2013 | | | THE LITTLE COUPLE 3 | | | | Page 2 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | — Estimated Final Cost Report - PSL Standard — | | | | | [efcrpt] |

| Acct Num | Account Description | Previous Cost To Date | Actual Cost This Period | Committed | Total Cost To Date | Cost To Complete | Estimated Final Cost | Budgeted | Variance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| LOCATION TRAVEL (21300 -- continued) | | | | | | | | | |
| 21337 | PER DIEM -PRODUCERS/DIRECTOR | 3,408 | 0 | 0 | 3,408 | 0 | 3,408 | 1,980 | 1,428 |
| 21339 | LOCATION PARKING & TAXIS | 3,595 | 0 | 155 | 3,750 | 0 | 3,750 | 1,000 | 2,750 |
| 21340 | LOCATION TRAVEL OTHER | 16 | 0 | 0 | 16 | 0 | 16 | 2,500 | (2,484) |
| | TOTAL 21300 LOCATION TRAVEL | 54,017 | 0 | 833 | 54,850 | 248 | 55,098 | 54,280 | 818 |
| LOCATION PRODUCTION (21400) | | | | | | | | | |
| 21401 | LOCATION SHOOT | 130,239 | 0 | 680 | 130,919 | 0 | 130,919 | 177,000 | (46,081) |
| 21410 | HOSPITAL FEE | 10,000 | 0 | 0 | 10,000 | 0 | 10,000 | 10,000 | 0 |
| 21412 | LOCATION MAKE-UP/HAIR PERSON | 8,900 | 0 | 0 | 8,900 | 0 | 8,900 | 6,000 | 2,900 |
| 21414 | LOCATION PA'S | 11,392 | 0 | 0 | 11,392 | 0 | 11,392 | 12,000 | (608) |
| 21421 | FIELD TRIPS | 2,018 | 0 | 0 | 2,018 | 0 | 2,018 | 10,000 | (7,982) |
| 21425 | LOCATION MEALS | 10,432 | 0 | 0 | 10,432 | 0 | 10,432 | 6,000 | 4,432 |
| 21426 | LOCATION PERMITS | 1,650 | 0 | 0 | 1,650 | 0 | 1,650 | 2,000 | (350) |
| 21427 | LOCATION OVERTIME | 278 | 0 | 0 | 278 | 0 | 278 | 9,000 | (8,722) |
| 21428 | LIGHTING/EQUIPMENT | 31,849 | 0 | 0 | 31,849 | 0 | 31,849 | 26,189 | 5,660 |
| 21440 | MISC. LOCATION OTHER | 9,951 | 0 | 0 | 9,951 | (87) | 9,863 | 16,600 | (6,737) |
| | TOTAL 21400 LOCATION PRODUCTION | 216,709 | 0 | 680 | 217,389 | (87) | 217,302 | 274,789 | (57,487) |
| TAPE STOCK (21600) | | | | | | | | | |
| 21606 | REMOTE STOCK | 1,350 | 0 | 0 | 1,350 | 0 | 1,350 | 4,500 | (3,150) |
| | TOTAL 21600 TAPE STOCK | 1,350 | 0 | 0 | 1,350 | 0 | 1,350 | 4,500 | (3,150) |
| FRINGES (29900) | | | | | | | | | |
| 29902 | PAYROLL TAXES | 26,905 | 0 | 0 | 26,905 | 0 | 26,905 | 49,020 | (22,115) |
| 29903 | HANDLING FEES | 1,004 | 0 | 0 | 1,004 | 0 | 1,004 | 246 | 758 |
| | TOTAL 29900 FRINGES | 27,909 | 0 | 0 | 27,909 | 0 | 27,909 | 49,266 | (21,357) |
| **TOTAL BELOW THE LINE** | | **396,862** | **0** | **1,513** | **398,375** | **25** | **398,400** | **529,873** | **(131,473)** |
| **BELOW THE LINE POST PRODUCTION** | | | | | | | | | |
| POST PRODUCTION EDITORIAL (30000) | | | | | | | | | |
| 30001 | POST SUPERVISOR | 12,450 | 0 | 0 | 12,450 | 0 | 12,450 | 18,750 | (6,300) |
| 30004 | AVID EDITOR(S) | 167,460 | 0 | 0 | 167,460 | 0 | 167,460 | 165,000 | 2,460 |
| 30005 | AVID ASSIST(S) | 25,545 | 0 | 0 | 25,545 | 0 | 25,545 | 20,250 | 5,295 |
| 30018 | TRANSCRIPTION | 26,157 | 0 | 0 | 26,157 | 0 | 26,157 | 35,000 | (8,843) |
| 30019 | STORAGE | 8,500 | 0 | 0 | 8,500 | 0 | 8,500 | 10,000 | (1,500) |
| 30021 | AVID RENTALS | 66,250 | 0 | 0 | 66,250 | 0 | 66,250 | 65,000 | 1,250 |
| 30024 | ONLINE | 25,500 | 0 | 0 | 25,500 | 0 | 25,500 | 30,000 | (4,500) |
| | TOTAL 30000 POST PRODUCTION EDITORI | 331,862 | 0 | 0 | 331,862 | 0 | 331,862 | 344,000 | (12,138) |
| POST PRODUCTION LAB (30100) | | | | | | | | | |
| 30105 | MISC. DUBS | 2,805 | 0 | 0 | 2,805 | (60) | 2,745 | 3,000 | (255) |
| 30112 | DELIVERY PACKAGE | 11,012 | 0 | 0 | 11,012 | 0 | 11,012 | 24,000 | (12,988) |
| | TOTAL 30100 POST PRODUCTION LAB | 13,817 | 0 | 0 | 13,817 | (60) | 13,757 | 27,000 | (13,243) |
| POST PRODUCTION SOUND (30200) | | | | | | | | | |
| 30204 | LAYDOWN/MIX/SWEETEN/LAYBACK | 20,500 | 0 | 3,500 | 24,000 | 0 | 24,000 | 30,000 | (6,000) |
| | TOTAL 30200 POST PRODUCTION SOUND | 20,500 | 0 | 3,500 | 24,000 | 0 | 24,000 | 30,000 | (6,000) |
| TITLES/GRAPHICS/CLIPS (30300) | | | | | | | | | |
| 30301 | MAIN TITLE | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 | (5,000) |
| 30320 | CLIP CLEARANCE/STOCK FOOTAGE | 6,704 | 0 | 0 | 6,704 | (4,800) | 1,904 | 2,500 | (596) |
| | TOTAL 30300 TITLES/GRAPHICS/CLIPS | 6,704 | 0 | 0 | 6,704 | (4,800) | 1,904 | 7,500 | (5,596) |
| MUSIC (30400) | | | | | | | | | |
| 30415 | MUSIC LIBRARY | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | (10,000) |
| | TOTAL 30400 MUSIC | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | (10,000) |
| FRINGES (39900) | | | | | | | | | |
| 39902 | PAYROLL TAXES | 35,296 | 0 | 0 | 35,296 | 0 | 35,296 | 35,671 | (374) |
| 39903 | HANDLING FEES | 62 | 0 | 0 | 62 | 0 | 62 | 179 | (117) |
| | TOTAL 39900 FRINGES | 35,359 | 0 | 0 | 35,359 | 0 | 35,359 | 35,850 | (491) |
| **TOTAL BELOW THE LINE POST PRODUCTION** | | **408,241** | **0** | **3,500** | **411,741** | **(4,860)** | **406,881** | **454,350** | **(47,469)** |
| **BELOW THE LINE OTHER CHARGES** | | | | | | | | | |
| INSURANCE (40000) | | | | | | | | | |
| 40001 | PRODUCTION INSURANCE | 7,988 | 0 | 0 | 7,988 | 0 | 7,988 | 33,000 | (25,012) |
| | TOTAL 40000 INSURANCE | 7,988 | 0 | 0 | 7,988 | 0 | 7,988 | 33,000 | (25,012) |

HIGHLY CONFIDENTIAL

ACF00000023

```
09/03/2013                                    THE LITTLE COUPLE 3                                    Page 3
                              —— Estimated Final Cost Report - PSL Standard ——                      [efcrpt]
```

| Acct Num | Account Description | Previous Cost To Date | Actual Cost This Period | Committed | Total Cost To Date | Cost To Complete | Estimated Final Cost | Budgeted | Variance |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| ADMINISTRATIVE EXPENSES (40200) | | | | | | | | | |
| 40203 | OFFICE SUPPLIES | 1,392 | 0 | 0 | 1,392 | 0 | 1,392 | 1,800 | (408) |
| 40206 | COMPUTER RENTALS | 475 | 0 | 0 | 475 | 0 | 475 | 5,000 | (4,525) |
| 40207 | LEXIS-NEXIS | 0 | 0 | 0 | 0 | 0 | 0 | 9,900 | (9,900) |
| 40209 | PHOTO COPY EQUIP. & SUPPLIES | 26 | 0 | 0 | 26 | 0 | 26 | 300 | (274) |
| 40211 | TELEPHONE | 3,167 | 0 | 24 | 3,191 | (25) | 3,165 | 13,500 | (10,335) |
| 40213 | ENTERTAINMENT | 2,476 | 0 | 0 | 2,476 | 0 | 2,476 | 2,000 | 476 |
| 40221 | LEGAL FEES | 950 | 0 | 0 | 950 | 0 | 950 | 0 | 950 |
| 40229 | MESSENGER/FEDEX/POSTAGE | 5,734 | 0 | 0 | 5,734 | 0 | 5,734 | 6,750 | (1,016) |
| TOTAL 40200 ADMINISTRATIVE EXPENSES | | 14,219 | 0 | 24 | 14,243 | (25) | 14,218 | 39,250 | (25,032) |
| BREAKAGE (40300) | | | | | | | | | |
| 40305 | LMNO OVERHEAD | 130,231 | 0 | 0 | 130,231 | 79,484 | 209,715 | 209,715 | 0 |
| TOTAL 40300 BREAKAGE | | 130,231 | 0 | 0 | 130,231 | 79,484 | 209,715 | 209,715 | 0 |
| **TOTAL BELOW THE LINE OTHER CHARGES** | | **152,438** | **0** | **24** | **152,462** | **79,458** | **231,921** | **281,965** | **(50,044)** |
| **GRAND TOTALS** | | **1,705,854** | **0** | **5,037** | **1,710,891** | **74,624** | **1,785,515** | **2,097,149** | **(311,634)** |

—— End of Estimated Final Cost Report - PSL Standard ——

HIGHLY CONFIDENTIAL                                                                      ACF00000024