# EXHIBIT D

**EXHIBIT 44  1-26-17**

| | |
|---|---|
| **From:** | Paul Ikegami <pikegami@lmnotv.com> |
| **Sent:** | Friday, March 28, 2014 2:47 PM |
| **To:** | Ed Horwitz |
| **Cc:** | Eric Schotz |
| **Subject:** | The Little Couple (S1-5) International Royalty Report |
| **Attachments:** | Intl Sales & Producers Deficit - The Little Couple 12.31.13.xlsx |

Hey Guys,

Please review the attached Royalty Report for The Little Couple. Please let me know if you have any questions.

*Regards,*

*Paul Ikegami*

**Finance Consultant**



*15821 Ventura Blvd., Ste. 320*
*Encino, CA 91436*
*818-380-8078 Main*
*818-380-8090 Fax*

**NOTICE:** This e-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential and may be legally privileged. It is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited and that use, dissemination, distribution or reproduction of this message by unintended recipients is not authorized and may be unlawful. Please reply to sender that you have received the message in error, then delete it, then delete it from your deleted files folder. Thank you.

IKEGAMI0000000132776

This Document Produced in Native Format

IKEGAMI0000000132777

LMNO Cable Group, Inc.
The Little Couple (Series)
Through December 31, 2013

| Season | Beginning Producers' Deficit | Production (Over)/Under | Backend Royalty Advances to Talent | Int'l Royalties Rec'd | Commissions | Distribution Expenses | Ending Producers' Deficit |
|---|---|---|---|---|---|---|---|
| Pilot | $ (118,851.00) | $ - | $ - | $ 24,922.00 | $ (6,230.00) | $ - | $ (100,159.00) |
| S1 | $ (574,717.00) | $ 25,318.00 | $ - | $ 392,088.45 | $ (89,090.04) | $ (6,203.00) | $ (252,603.59) |
| S2 | $ (800,064.00) | $ 45,221.00 | $ (40,000.00) | $ 421,613.00 | $ (105,654.42) | $ (4,962.00) | $ (483,846.42) |
| S3 | $ (898,778.00) | $ 63,318.00 | $ (40,000.00) | $ 181,480.24 | $ (46,031.41) | $ (5,376.00) | $ (745,387.17) |
| S4 | $ (1,116,139.00) | $ 76,447.00 | $ (25,588.00) | $ 206,267.27 | $ (51,566.81) | $ (7,228.00) | $ (917,807.54) |
| S5 | $ (1,136,820.00) | $ (81,465.00) | $ - | $ 197,057.00 | $ (49,182.16) | $ (7,859.00) | $ (1,078,269.16) |
|  | $ (4,645,369.00) | $ 128,839.00 | $ (105,588.00) | $ 1,423,427.96 | $ (347,754.84) | $ (31,628.00) | $ (3,578,072.88) |