Neville L. Johnson (SBN 66329)
Ronald P. Funnell (SBN 209897)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:        njohnson@jjllplaw.com
                    rfunnell@jjllplaw.com

*Attorneys for Plaintiff-Intervenors*
William Klein, Jennifer Arnold, and Candu Enterprises, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LMNO CABLE GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.: 2:16-cv-4543-JAK-SK<br><br>**PLAINTIFF-INTERVENORS' REQUEST FOR AN ORDER RE: DEFENDANTS' APRIL 1, 2018 MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hon. John A. Kronstadt<br><br>Date:        N/A<br>Time:        N/A<br>Location:   Courtroom 10B |
| DISCOVERY COMMUNICATIONS, LLC, a Delaware limited liability company,<br>Counterclaim Plaintiff,<br><br>v.<br><br>LMNO CABLE GROUP, INC., a California corporation, LMNO ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>Counterclaim Defendants. | |
| WILLIAM KLEIN, an individual; JENNIFER ARNOLD, an individual; and CANDU ENTERPRISES, INC., a Texas | |

| | | |
|---|---|---|
| 1 | corporation; | |
| 2 |     Plaintiff-Intervenors, | |
| 3 |     v. | |
| 4 | LMNO CABLE GROUP, INC., a California corporation; ERIC SCHOTZ, an individual; and EDWARD HORWITZ, an individual, | |
| 5 | | |
| 6 |     Defendants. | |
| 7 | | |

PLAINTIFF-INTERVENORS' REQUEST FOR AN ORDER RE: DEFENDANTS' MSJ

## PLAINTIFF-INTERVENORS' REQUEST FOR AN ORDER ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff-Intervenors William Klein, Jennifer Arnold, and Candu Enterprises, Inc. respectfully request that the Court issue an Order on the motions for summary judgment filed by Defendants LMNO Cable Group, Inc. and Eric Schotz (Dkt. 241) and Defendant Edward Horowitz (Dkt. 239).

The two motions for summary judgment at issue were heard by the Court on April 2, 2018, two years ago and taken under submission. Plaintiff-Intervenors are concerned about the availability and recollections of witnesses that may be impacted by further delay, and generally for the speedy administration of justice. Accordingly, Plaintiff-Intervenors respectfully request that the Court issue its ruling on the motions for summary judgment heard on April 2, 2018 at the Court's earliest convenience.

DATED: April 2, 2020                    JOHNSON & JOHNSON LLP

                                        By  /s/ Neville L. Johnson
                                            Neville L. Johnson
                                            *Attorneys for Plaintiff-Intervenors*
                                            William Klein, Jennifer Arnold, and
                                            Candu Enterprises, Inc.